UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCES M. GARCIA,<br><br>                    Plaintiff,<br><br>-v-<br><br>ANDREW SAUL, commissioner of Social Security,<br><br>                    Defendant. | CIVIL ACTION NO.: 20 Civ. 4836 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On June 24, 2020 Plaintiff filed her Complaint against Defendant (ECF No.1) and on June 25, 2020 she served the Summons and Complaint (ECF No. 8). Accordingly, pursuant to the standing scheduling order at ECF No. 4, the Certified Administrative Record was due 90 days after service, or September 24, 2020.

To date, the Record has not been filed, and Defendant is here by ORDERED to submit the Certified Administrative Record by **October 9, 2020**. Defendant is also directed to provide a courtesy copy of the Record to Chambers.

Dated:      New York, New York
            September 28, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge